JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIAN CATERINE,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL PENDELTON, et al.,<br><br><br>        Defendant. | Case No. CV 20-8123-DMG (MRWx)<br><br><br>**JUDGMENT** |

    This Court having granted Defendant's Motions to Dismiss with prejudice by Order dated May 26, 2021,

    IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendants and against Plaintiff Gian Caterine.

DATED: May 26, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE